In the Matter of the Claim of ALOYSIE NOVACK, Respondent, against FAIRBANKS BAKING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion granted in so far as to award moving party disbursements on appeal. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CONSTANTINO DE FRANCESCO, Respondent, against SINGER SEWING MACHINE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of LEWIS E. BARNETT, Respondent, against VILLAGE OF SAVANNAH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JULIUS KORNHAUSER, Respondent, against NATIONAL TRANSPORTATION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of LEWIS RAY MEARIAN, Respondent, against LEONARD MISCALL, Respondent, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the insurance carrier. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of NICOLA NICOLIA, Respondent, against F. B. LEOPOLD COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to reinstate the appeal denied, with ten dollars costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

FRED C. GORDON, Appellant, v. AUSABLE CHASM COMPANY, Respondent, and Another.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. INTERNATIONAL SALT CO., INC., Relator, v. MARK GRAVES and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Motion for reargument denied, with ten dollars costs. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Rhodes, J., dissents.

TACONIC LAKE ASSOCIATION, Appellant, v. WILLIAM I. RODIER and Another, Respondents.— Motion for reargument granted. Case set down for argument at the November term. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ. [See ante, p. 669.]

FRANK N. FREEMAN and Another, Appellants, v. BEATRICE M. SPRAGUE, as Executrix, etc., of DON F. SPRAGUE, Deceased, Respondent, and INTERNATIONAL PULP COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.